STATE OF NEW JERSEY v. JAMES RANSOME.

September 22, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN MOKONE.

September 22, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. O'DONALD CLARK.

September 22, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SALVATORE PROCOPIO.

September 22, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR DIAZ.

September 22, 1987.

Petition for certification denied.